UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

DARREN BARCOMB,

                        *Plaintiff,*

v.

MICHELLE TROMBLEY,

                        *Defendant.*

**STIPULATION OF DISCONTINUANCE**

Index No. 22-CV-0354

(DNH/DJS)

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, counsel to the respective parties, that whereas no party hereto is an infant or incompetent person for whom a committee or conservatee has been appointed, the above-captioned proceeding is hereby discontinued, with prejudice, and without costs, fees or disbursements to any party as against any other; and that this Stipulation may be signed in counterparts and may be filed with the Court without further notice.

Dated: August 16, 2022
        Albany, New York

                                      **LETITIA JAMES**
                                      Attorney General of the State of New York
                                      *Attorney for Defendant*
                                      The Capitol
                                      Albany, New York 12224

                                      By: _/s/ Brittany M. Haner_
                                      Brittany M. Haner
                                      Assistant Attorney General, of Counsel
                                      Telephone: (518) 776-2389
                                      Email: brittany.haner@ag.ny.gov

**ELMER ROBERT KEACH, III**

*Elmer Robert Keach, III*
Digitally signed by Elmer Robert Keach, III
DN: cn=Elmer Robert Keach, III, o, ou,
email=bobkeach@keachlawfirm.com,
c=US
Date: 2022.08.16 19:35:27 -04'00'

Elmer Robert Keach, III, Esq.
Law Offices of Elmer Robert Keach, III, PC
*Attorney for Plaintiff*
One Pine West Plaza, Suite 109
Albany, N.Y. 12205
Phone: 518-434-1718
Fax: 518-770-1558
bobkeach@keachlawfirm.com
