UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

DARREN BARCOMB,

                *Plaintiff*,

v.

MICHELLE TROMBLEY,

                *Defendant*.

**STIPULATION OF DISCONTINUANCE**

Index No. 22-CV-0354

(DNH/DJS)

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, counsel to the respective parties, that whereas no party hereto is an infant or incompetent person for whom a committee or conservatee has been appointed, the above-captioned proceeding is hereby discontinued, with prejudice, and without costs, fees or disbursements to any party as against any other; and that this Stipulation may be signed in counterparts and may be filed with the Court without further notice.

Dated: August 16, 2022
       Albany, New York

IT IS SO ORDERED:

_____
David N. Hurd
U.S. District Judge

Dated: 8-31-2022

**LETITIA JAMES**
Attorney General of the State of New York
*Attorney for Defendant*
The Capitol
Albany, New York 12224

By: _____
Brittany M. Haner
Assistant Attorney General, of Counsel
Telephone: (518) 776-2389
Email: brittany.haner@ag.ny.gov

**ELMER ROBERT KEACH, III**

Elmer Robert Keach, III
*Digitally signed by Elmer Robert Keach, III*
*DN: cn=Elmer Robert Keach, III, o, ou, email=bobkeach@keachlawfirm.com, c=US*
*Date: 2022.08.16 19:35:27 -04'00'*

Elmer Robert Keach, III, Esq.
Law Offices of Elmer Robert Keach, III, PC
*Attorney for Plaintiff*
One Pine West Plaza, Suite 109
Albany, N.Y. 12205
Phone: 518-434-1718
Fax: 518-770-1558
bobkeach@keachlawfirm.com